No. 04-01-00256-CV



SUMMIT CARE TEXAS, L.P., Individually and d/b/a Live Oak Nursing Center,


Appellant



v.



Deborah ANDREWS,


Appellee




From the County Court at Law Number 7, Court, Bexar County, Texas


Trial Court No. 257,725


Honorable Irene Rios, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: October 24, 2001


JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 The parties filed a joint motion to dismiss this appeal. We grant the motion. See Tex. R. App.
P. 42.1(a)(1). Costs of appeal are taxed against the parties who have incurred them.

 PER CURIAM

DO NOT PUBLISH